■ VICKY ROSS et al., Respondents, v JILL STUART INTERNATIONAL LTD., et al., Appellants, et al., Defendant. [713 NYS2d 324] —Order, Supreme Court, New York County (Herman Cahn, J.), entered April 10, 2000, which, in an action for, *inter alia*, breach of contract, insofar as appealed from, denied defendants-appellants' motion for summary judgment dismissing the complaint as against them, unanimously affirmed, with costs.

There is no merit to defendants-appellants' argument that claims based on their alleged alter-ego relationship with the codefendant may not be asserted against them before there has been a finding of liability as against the codefendant (*see, Chase Manhattan Bank v 264 Water St. Assocs.*, 174 AD2d 504, 505). In addition, the IAS Court, appropriately noting that the individual who appears to control all of the defendants was recently found to have defrauded a creditor in an unrelated action, properly refused to dismiss the action as against defendants-appellants at this juncture, prior to disclosure (*see, First Bank v Motor Car Funding*, 257 AD2d 287, 293-294), on the basis of that individual's unsubstantiated representations that defendants-appellants are independent of the codefendant and have no connection to the transactions in issue. Concur—Lerner, J. P., Andrias, Saxe, Buckley and Friedman, JJ.